# Exhibit I

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office** Reg. No. 1,602,609
Registered June 19, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### 3 X 3

IN-N-OUT BURGERS (CALIFORNIA CORPORATION)
13502 EAST VIRGINIA AVENUE
BALDWIN PARK, CA 91706

FOR: MADE-TO-ORDER CHEESEBURGER SANDWICHES HAVING THREE COOKED BEEF HAMBURGER PATTIES AND THREE CHEESE SLICES, FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

SEC. 2(F).

SER. NO. 73-777,549, FILED 1-30-1989.

JILL E. JOHNSON, EXAMINING ATTORNEY