# Exhibit DD

Resources   Blog   Journalists   Log in   Sign Up   Send a Release   GDPR






News   Products   Contact

Search

News in Focus   Business & Money   Science & Tech   Lifestyle & Health   Policy & Public Interest   People & Culture   Advanced Search

# Smashburger Launches "Triple Double" Burger

NEWS PROVIDED BY
Smashburger →
Jul 11, 2017, 09:00 ET

SHARE THIS ARTICLE

DENVER, July 11, 2017 /PRNewswire/ -- It's the stuff burger dreams are made of ... two layers of juicy beef, three layers of melted cheese, wrapped up in an artisan bun. Smashburger is making dreams come true, adding the all-new Triple Double to its national menu on July 11, 2017.



SMASHBURGER LAUNCHES "TRIPLE DOUBLE" BURGER It's the stuff burger dreams are made of ... two layers of juicy beef, three layers of melted cheese, wrapped up in an artisan bun. Smashburger is making dreams come true, adding the all-new Triple Double to its national menu on July 11, 2017.

The Triple Double will feature two of Smashburger's famous fresh never frozen beef patties, two slices of American cheese and one slice of aged cheddar, delivering maximum burger happiness in every bite. It's Smashburger's beefiest, cheesiest burger to date and will quickly become a favorite for burger lovers everywhere.

"We're giving people more of what they love. Double the juicy, caramelized beef, made-to-order and seared to perfection. And triple the cheesy goodness," said Smashburger Co-Founder & Chief Executive Officer, Tom Ryan. "This will be Smashburger's new iconic menu item, providing three times the cheese and double the beef in every bite."

The Triple Double starts with fresh, never frozen, beef. Smashed and seared on a hot, buttered griddle, locking in the flavor and juices. The highest quality cheeses are added and topped with toasted artisan buns. As with any Smashburger, you can add your favorite fresh produce, toppings and high-quality condiments. And it pairs perfectly with their incredible sides and hand-spun shakes.

The Triple Double will be available at all full menu US Smashburger locations on July 11, 2017. For more information on Smashburger, please visit www.smashburger.com or check us out on Facebook, Twitter, or Instagram.

**About Smashburger**
Smashburger is a leading fast casual better burger restaurant known for its fresh never frozen, beef burgers that are smashed on the grill to sear in the juices and seal in the flavor. In addition to burgers, Smashburger offers grilled or crispy chicken sandwiches, black bean burgers, fresh salads, signature side items such as Haystack onions and Veggie Frites, and hand-spun Haagen-Dazs® shakes.  On each market menu, Smashburger offers locally inspired items like the regional burger, as well as regional sides and local craft beer. Smashburger began in 2007 with the vision of Rick Schaden and funding by Consumer Capital Partners—the private equity firm that Rick and his father Richard own. There are currently more than 370 corporate and franchise restaurants operating in 38 states and nine countries. To learn more, visit www.smashburger.com.

SOURCE Smashburger

Related Links

http://www.smashburger.com

## Also from this source

FEB 13, 2018, 06:00 ET
Jollibee Foods Corporation (JFC) Takes Majority Stake In Growth...

JAN 16, 2018, 14:46 ET
Award-Winning Twin Cities Burger Available Nationwide

## Explore

More news releases in similar topics

Food & Beverages
Restaurants
Retail
New Products & Services

You just read:

# Smashburger Launches "Triple Double" Burger

NEWS PROVIDED BY
Smashburger →
Jul 11, 2017, 09:00 ET

SHARE THIS ARTICLE







https://www.prnewswire.com/news-releases/smashburger-launches-triple-double-burger-300485900.html

### Contact PR Newswire

888-776-0942
from 8 AM - 10 PM ET
Chat Online with an Expert
Contact Us

### Products

Cision Communications Cloud®
For Marketers
For Public Relations
For IR & Compliance
For Agency
For Small Business
All Products

### About

About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers

Global Sites

### My Services

All News Releases
Online Member Center
ProfNet℠

Terms of Use   Privacy Policy   Information Security Policy Statement   Site Map   RSS Feeds   Cookie Settings

Copyright © 2018 PR Newswire Association LLC. All Rights Reserved. A Cision company.