CAROLYN S. TOTO (SBN 233825)
carolyn.toto@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
SARKIS A. KHACHATRYAN (SBN 293991)
sarkis.khachatryan@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff and Counterdefendant
IN-N-OUT BURGERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:17-cv-1474-JVS-DFM<br><br>**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT IN-N-OUT BURGERS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE LIABILITY ON FALSE ADVERTISING CLAIM**<br><br>**[PUBLICLY FILED VERSION]** |
| SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>IN-N-OUT BURGERS,<br><br>Counterdefendant. | Date: February 4, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Judge: Hon. James V. Selna<br><br>Fact Discovery Cut-Off: Apr. 19, 2019<br>Pre-Trial Conference: Sept. 9, 2019<br>Trial Date: Sept. 24, 2019 |

I, Jeffrey D. Wexler, declare as follows:

1. I am senior counsel at the law firm of Pillsbury Winthrop Shaw Pittman LLP, attorneys of record for Plaintiff and Counterdefendant In-N-Out Burgers ("In-N-Out"), a party to this action. I am admitted to practice in the state of California and in this Court. I have personal knowledge of the facts stated herein and if called as a witness to testify thereto, would competently testify as I have herein declared. I make this declaration in support of Plaintiff and Counterdefendant In-N-Out Burgers' Motion for Partial Summary Judgment re Liability on False Advertising Claim, seeking partial summary judgment on the elements of its Third Claim for Relief for false advertising against Defendants and Counterclaimants Smashburger IP Holder LLC and Smashburger Franchising LLC (collectively, "Smashburger").

2. Attached hereto as Exhibit A is a true and correct copy of a press release dated July 11, 2017 and titled "Smashburger Launches 'Triple Double' Burger," which I downloaded from https://www.prnewswire.com/news-releases/smashburger-launches-triple-double-burger-300485900.html on December 19, 2018, announcing the launch of the Triple Double burger on Smashburger's national menu on July 11, 2017. The press release described the Triple Double burger as "the stuff burger dreams are made of . . . two layers of juicy beef, three layers of melted cheese, wrapped in an artisan bun. . . . It's Smashburger's beefiest, cheesiest burger to date. . . ." The press release quoted Smashburger Co-Founder and Chief Executive Officer Tom Ryan as stating that the Triple Double burger contains "'double the juicy, caramelized beef'" and that it "provide[s] three times the cheese and double the beef in every bite."

3. Attached hereto as Exhibit B is a true and correct copy of a September 15, 2017 e-mail from David Martinelli of Smashburger to all corporate restaurants, Market Supervisors, and Ops Excellence, produced by Smashburger as Doc Nos. SMASH00002569-70, announcing the launch of Smashburger's Bacon Triple Double burger as of September 19, 2017 and attaching a menu board image featuring

-2-

DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF IN-N-OUT BURGERS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
4843-2635-2004.v1 Case No. 8:17-cv-1474-JVS-DFM

1  the Triple Double and Bacon Triple Double burgers.  (Smashburger has agreed that
2  this exhibit may be publicly filed notwithstanding its confidentiality designation.)
3         4.     Attached hereto as Exhibit C is a true and copy of a screenshot of a
4  Smashburger Instagram post, posted by Smashburger on May 5, 2018, taken by me
5  on December 21, 2018 from the post at
6  https://www.instagram.com/p/BiaZ8V7BtY5/.  The Instagram post announces the
7  launch of Smashburger's Pub Triple Double burger as of May 8, 2018.
8         5.     Attached hereto as Exhibits D, E, F, G, and H, respectively, are true and
9  correct copies of recipe cards produced by Smashburger for products described as
10 "Triple Double" (Doc. No. SMASH00036091), "Bacon Triple Double" (Doc. No.
11 SMASH00036084), "Classic Smash" (Doc. No. SMASH00036217), "Kid Burger
12 with Cheese and Kids Fries" (Doc. No. SMASH00036817), and "Add Small Burger"
13 (Doc. No. SMASH00037698), excerpted from a 2,000-page set of recipe cards (Doc.
14 Nos. SMASH00036083-38094) produced by Smashburger.  (Smashburger has agreed
15 that these exhibits may be publicly filed, as redacted, notwithstanding their
16 confidentiality designation.)
17        6.     Attached hereto as Exhibit I is a true and correct copy of an April 3,
18 2018 e-mail from Mr. Martinelli of Smashburger to domestic Franchise
19 Owner/Operators, produced by Smashburger as Doc. Nos. SMASH00002720-21,
20 stating the product build of the Pub Triple Double burger.  (In-N-Out is filing this
21 exhibit under seal because Smashburger designated it as Highly Confidential –
22 Attorneys' Eyes Only for purposes of the Protective Order [Dkt. 39] entered by the
23 Court in this case.)
24        7.     On June 27, 2018, I purchased a Triple Double burger and a Classic
25 Smash burger (both without cheese) from a Smashburger restaurant in Culver City.
26 By weighing the patties on that day, I determined that the Triple Double burger had
27 two cooked patties weighing 1.5 ounces each while the Classic Smash burger had a
28 single cooked patty weighing 2.8 ounces.  Attached hereto as Exhibits J, K, and L,

respectively, are true and correct copies of photographs taken on June 27, 2018 showing, respectively, the first cooked patty of the Triple Double burger, the second cooked patty of the Triple Double burger, and the single cooked patty of the Classic Smash burger, as weighed on a digital scale showing that the two cooked patties of the Triple Double burger each weighed 1.5 ounces and the single cooked patty of the Classic Smash burger weighed 2.8 ounces.

8. Attached hereto as Exhibit M is a true and correct copy of excerpts from an e-mail chain including a December 16, 2016 e-mail from Mr. Martinelli of Smashburger to Franchise Owners/Operators, produced by Smashburger as Doc. Nos. SMASH00000946-49. (In-N-Out is filing this exhibit under seal because Smashburger designated it as Highly Confidential – Attorneys' Eyes Only for purposes of the Protective Order [Dkt. 39] entered by the Court in this case.)

9. Attached hereto as Exhibit N is a true and correct copy of a screenshot of the menu page on Smashburger's website, https://smashburger.com/menu/, taken by me on December 19, 2018. The page shows the Triple Double burger and states "Classic Smash™ Beef build with triple the cheese & double the beef in every bite."

10. Attached hereto as Exhibit O is a true and correct copy of a Smashburger menu, downloaded on December 19, 2018 by me from http://smashburger.com/wp-content/uploads/2018/03/SoCal_0318_lr.pdf, linked from the "View Our Menu" tab on the web page for Smashburger's Culver City location, https://locations.smashburger.com/united-states/ca/culver-city/10704-venice-blvd. The menu shows the Triple Double burger and states "Classic Smash™ Beef build with triple the cheese & double the beef in every bite."

11. Attached hereto as Exhibit P is a true and correct copy of a screenshot of the main page of Smashburger's website, https://smashburger.com/, as of August 28, 2017. The page shows the Triple Double burger and states "Triple the Cheese, Double the Beef in Every Bite."

12. Attached hereto as Exhibit Q is a true and correct copy of a screenshot of the main page of Smashburger's website, https://smashburger.com/, as of June 12, 2018. The page shows the Pub Triple Double burger, the Triple Double burger, and the Bacon Triple Double burger and states "Triple the Cheese, Double the Beef, Triple the Options."

13. Attached hereto as Exhibits R and S, respectively, are true and correct copies of photographs of displays at Smashburger's restaurant at L.A. Live in downtown Los Angeles, taken by counsel for In-N-Out on May 15, 2018. One of the displays shows the Pub Triple Double burger and states "Triple the Cheese and Double the Beef Topped with Garlic Grilled Onions & Gulden's® Mustard All on a Pretzel Bun." The other display shows the Triple Double burger and states "Classic Smash™ Beef build with triple the cheese & double the beef in every bite."

14. Attached hereto as Exhibits T and U, respectively, are true and correct copies of screenshots of Smashburger's Instagram posts, posted by Smashburger on May 8, 2018 and June 5, 2018, respectively, taken by me on December 19, 2018 from the posts at https://www.instagram.com/p/BihfM-HhTCq/?hl=en&taken-by=smashburger and https://www.instagram.com/p/BjqLUKOB0Ds/?hl=en&takenby=smashburger. The first Instagram post shows the Pub Triple Double burger and states "Triple the Cheese and Double the Beef Topped with Garlic Grilled Onions & Gulden's® Mustard All on a Pretzel Bun." The second Instagram post shows the Pub Triple Double burger, the Triple Double burger, and the Bacon Triple Double burger and states "Triple the Cheese, Double the Beef, Triple the Options."

15. Attached hereto as Exhibit V is a screenshot from a Smashburger television advertisement for its Triple Double burger, posted on Vimeo by Smashburger's advertising agency Blue Bear Creative, at https://vimeo.com/225485077. I took this screenshot on December 19, 2018. The

1  commercial makes the statement, in text on the screen, "2x Fresh Never-Frozen
2  Beef."

3       16.     Attached hereto as Exhibit W is a true and correct copy of a photograph
4  of a Smashburger advertisement on a bus shelter, produced by Smashburger as Doc.
5  No. SMASH00046197. The bus shelter shows the Triple Double burger and the
6  Bacon Triple Double Burger and states "Triple the Cheese and Double the Beef in
7  Every Bite." (Smashburger has agreed that this exhibit may be publicly filed, as
8  redacted, notwithstanding its confidentiality designation.)

9       17.     Attached hereto as Exhibit X is a true and correct copy of a document
10 identifying the number of In-N-Out restaurants as of December 19, 2018 in each state
11 where In-N-Out operates restaurants. I prepared this document on December 19,
12 2018 by using the "Search by State" button on the locations page of In-N-Out's
13 website (http://www.in-n-out.com/locations), selecting each state on the pull-down
14 menu, and taking a screenshot of the page for each state. As shown on the exhibit,
15 In-N-Out's website indicates that In-N-Out has 343 restaurants, with 32 locations in
16 Arizona, 243 locations in California, 19 locations in Nevada, two locations in
17 Oregon, 37 locations in Texas, and 10 locations in Utah.

18       18.     Attached hereto as Exhibit Y is a true and correct copy of a document
19 identifying, as of December 19, 2018, the number of Smashburger restaurants in each
20 state, and, for each state in which both Smashburger and In-N-Out operates
21 restaurants, the towns in which there are Smashburger restaurants and the number of
22 Smashburger restaurants in each town. I prepared this document on December 19,
23 2018 by going to the United States locations page of Smashburger's website
24 (https://locations.smashburger.com/united-states), taking a screenshot of that page,
25 selecting each state on that page in which In-N-Out also has restaurants, and taking a
26 screenshot of the page for that state. As shown on the exhibit, Smashburger's
27 website indicates that Smashburger has 323 restaurants in the United States, with 28
28

locations in Arizona, 31 locations in California, nine locations in Nevada, 34 locations in Texas, and six locations in Utah.

19. Attached hereto as Exhibit Z is a true and correct copy of a document that provides information as to whether In-N-Out has restaurants that are located in or near the towns where Smashburger has restaurants. I prepared this document on December 19, 2018 by going to the mobile locations app on In-N-Out's website (https://www.in-n-out.com/mobile/locations.aspx), entering the name of each town identified on Smashburger's website in states where In-N-Out also has restaurants, and taking a screenshot of the results of each search, which identifies In-N-Out's nearest restaurants by address (including town) and distance (apparently based on distance from the geographic center of the town). (Because the five closest In-N-Out restaurants identified by a search for Los Angeles showed restaurants not identified as being in Los Angeles, I ran the search using the zip code 90034, the zip code for an In-N-Out identified as being in Los Angeles.) For towns where both In-N-Out and Smashburger have restaurants, I took screenshots that showed that In-N-Out has one or more restaurants in such towns. For towns where Smashburger has a restaurant but In-N-Out does not, I took screenshots showing the distance from that town to the nearest In-N-Out restaurant(s). (I note that the reported distance is from the town to the In-N-Out restaurant(s), not from the Smashburger restaurant in that town to the In-N-Out restaurant(s).) As shown on the exhibit:

 a. With the exception of Texas, almost all of Smashburger's restaurants in the states where In-N-Out has restaurants are located in or near the same towns as In-N-Out restaurants;

 b. there are In-N-Out restaurants in, or within five miles of, the towns of all but two of Smashburger's restaurants in Arizona (and one of those two Smashburger restaurants is located within 12.5 miles of four In-N-Out restaurants);

        c.      there are In-N-Out restaurants in, or within six miles of, the towns of all but three of Smashburger's restaurants in California (and two of those three Smashburger restaurants are each located within nine miles of two In-N-Out restaurants);

        d.      there are In-N-Out restaurants in, or within 3.4 miles of, the towns of all but one of Smashburger's restaurants in Nevada and Utah (and that Smashburger restaurant is located within 12 miles of four In-N-Out restaurants); and

        e.      in Texas, there are In-N-Out restaurants in, or within 6.2 miles, of the towns of 12 Smashburger restaurants.

20. Attached hereto as Exhibit AA is a true and correct copy of excerpts from a document titled "Smashburger Competitive Positioning Assessment," dated December 2014 and prepared by Market Perceptions, Inc. for Smashburger. The document was produced by Smashburger as Doc. Nos. SMASH00009796-9984. (In-N-Out is filing this exhibit under seal because Smashburger designated it as Confidential for purposes of the Protective Order [Dkt. 39] entered by the Court in this case.)

21. Attached hereto as Exhibit BB is a true and correct copy of excerpts from a document titled "Smashburger 2017 Marketing Update, produced by Smashburger as Doc. Nos. SMASH00001616-39. (In-N-Out is filing this exhibit under seal because Smashburger designated it as Highly Confidential – Attorneys' Eyes Only for purposes of the Protective Order [Dkt. 39] entered by the Court in this case.)

22. Attached hereto as Exhibit CC is a true and correct copy of excerpts from a September 30, 2016 e-mail from Dennis Smythe of Smashburger to Mr. Ryan of Smashburger with the subject "competitor pricing frameworks" and attaching three Excel spreadsheets. Smashburger produced these documents as Doc. Nos. SMASH00006096-99 (the three Excel spreadsheets were produced in native format,

-8-

DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF IN-N-OUT BURGERS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 8:17-cv-1474-JVS-DFM

4843-2635-2004.v1

1 with the document control numbers indicated in the names of the Excel files but not
2 shown in the body of the files). (In-N-Out is filing this exhibit under seal because
3 Smashburger designated it as Confidential for purposes of the Protective Order [Dkt.
4 39] entered by the Court in this case.)

5  23. Attached hereto as Exhibit DD is a true and correct copy of screenshots
6 from Smashburger's website of a web page titled "CO & Dallas Update,"
7 https://smashburger.com/coda/, taken by me on December 24, 2018. The page shows
8 a price of $4.59 for "Any Smashburger," and a price of $6.99 for what is described as
9 "—NEW!— Bigger, Beefier Triple Double Smashburger." The page goes on to
10 state:

> TWO NEW SIZES. TWO NEW PRICES. SAME GREAT TASTE.
>
> Hey, Colorado and Dallas Smash Fans! You may have noticed some changes in our menu, and we're here to provide some information to help you navigate through these updates.
>
> Now you can enjoy your favorite Smashburger for just **$4.59**! Better yet, upgrade your go-to Smashburger with triple the cheese and double the beef in every bite for just **$6.99**. Welcome to the home of the Triple Double burger.
>
> Although our sizes and prices changed, our mouthwatering recipes haven't. . . .

18  24. Attached hereto as Exhibit EE is a true and correct copy of a
19 Smashburger menu, downloaded on December 24, 2018 by me from
20 https://smashburger.com/wp-
21 content/uploads/2018/10/JalBBQ_NoBeer_Stonefish_TA_1018_lr.pdf, linked from
22 the "View Our Menu" tab on the web page for Smashburger's Addison, Texas
23 location, https://locations.smashburger.com/united-states/tx/addison/4980-belt-line-
24 road. The menu includes prices of $4.59 for a Smashburger and $6.99 for a Triple
25 Double Smashburger. The "Craft Your Own" section of the menu states that (1) the
26 Smashburger has 270 calories and (2) the Triple Double Smashburger has 530
27 calories. Farther down in that section, the menu indicates a single beef patty has 270
28 calories.

25. Attached hereto as Exhibits FF and GG, respectively, are true and correct copies of excerpts from: (a) Plaintiff and Counterdefendant In-N-Out Burgers' Sixth Set of Requests for Admission to Defendants and Counterclaimants Smashburger IP Holder LLC and Smashburger Franchising LLC, served by In-N-Out on Smashburger on October 15, 2018; and (b) Defendant [*sic*] and Counterclaimants Smashburger IP Holder LLC and Smashburger Franchising LLC's Objections and Responses to Plaintiff and Counterdefendant In-N-Out Burgers' Sixth Set of Requests for Admission, served by Smashburger on In-N-Out on November 14, 2018.

26. Attached hereto as Exhibits HH and II, respectively, are true and correct copies of: (a) Plaintiff and Counterdefendant In-N-Out Burgers' Fourth Set of Interrogatories to Defendant and Counterclaimant Smashburger IP Holder LLC, served by In-N-Out on Smashburger on October 9, 2018; and (b) excerpts from Defendant and Counterclaimant Smashburger IP Holder LLC's Objections and Responses to Plaintiff and Counterdefendant In-N-Out Burgers' Fourth Set of Interrogatories, served by Smashburger on In-N-Out on November 8, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2019, at Los Angeles, California.

/s/ Jeffrey D. Wexler
Jeffrey D. Wexler