# Exhibit A

# Smashburger Launches "Triple Double" Burger

NEWS PROVIDED BY
**Smashburger** →
Jul 11, 2017, 09:00 ET

DENVER, July 11, 2017 /PRNewswire/ -- It's the stuff burger dreams are made of ... two layers of juicy beef, three layers of melted cheese, wrapped up in an artisan bun. Smashburger is making dreams come true, adding the all-new Triple Double to its national menu on July 11, 2017.



SMASHBURGER LAUNCHES "TRIPLE DOUBLE" BURGER It's the stuff burger dreams are made of ... two layers of juicy beef, three layers of melted cheese, wrapped up in an artisan bun. Smashburger is making dreams come true, adding the all-new Triple Double to its national menu on July 11, 2017.

The Triple Double will feature two of Smashburger's famous fresh never frozen beef patties, two slices of American cheese and one slice of aged cheddar, delivering maximum burger happiness in every bite. It's Smashburger's beefiest, cheesiest burger to date and will quickly become a favorite for burger lovers everywhere.

"We're giving people more of what they love. Double the juicy, caramelized beef, made-to-order and seared to perfection. And triple the cheesy goodness," said Smashburger Co-Founder & Chief Executive Officer, Tom Ryan. "This will be Smashburger's new iconic menu item, providing three times the cheese and double the beef in every bite."

The Triple Double starts with fresh, never frozen, beef. Smashed and seared on a hot, buttered griddle, locking in the flavor and juices. The highest quality cheeses are added and topped with toasted artisan buns. As with any Smashburger, you can add your favorite fresh produce, toppings and high-quality condiments. And it pairs perfectly with their incredible sides and hand-spun shakes.

The Triple Double will be available at all full menu US Smashburger locations on July 11, 2017. For more information on Smashburger, please visit www.smash-burger.com or check us out on Facebook, Twitter, or Instagram.

**About Smashburger**

Smashburger is a leading fast casual better burger restaurant known for its fresh never frozen, beef burgers that are smashed on the grill to sear in the juices and seal in the flavor. In addition to burgers, Smashburger offers grilled or crispy chicken sandwiches, black bean burgers, fresh salads, signature side items such as Haystack onions and Veggie Frites, and hand-spun Haagen-Dazs® shakes.  On each market menu, Smashburger offers locally inspired items like the regional burger, as well as regional sides and local craft beer. Smashburger began in 2007

with the vision of Rick Schaden and funding by Consumer Capital Partners—the private equity firm that Rick and his father Richard own. There are currently more than 370 corporate and franchise restaurants operating in 38 states and nine countries. To learn more, visit www.smashburger.com.

SOURCE Smashburger

Related Links

http://www.smashburger.com