# Exhibit B

| | |
|---|---|
| **From:** | Communications@smashburger.com |
| **Sent:** | Friday, September 15, 2017 8:22 AM |
| **Subject:** | RE: Introducing Bacon Triple Double at $5 – September 19 |
| **Attachments:** | P1_201709_T1_ESS_$4_$5.jpg |

With attachment.

---

**David Martinelli | Smashburger |** Vice President of Marketing
Mobile: 406.459.0471 | E-mail: dmartinelli@smashburger.com
3900 E. Mexico Ave. | Suite #1100 | Denver, CO 80210

"Set your goals high, and don't stop 'til you get there."
--Bo Jackson

---

**From:** Smashburger Communications
**Sent:** Friday, September 15, 2017 8:20 AM
**Subject:** Introducing Bacon Triple Double at $5 – September 19

*…this message is being sent to all corporate restaurants, Market Supervisors, and Ops Excellence, via bcc…*

To continue the success of our $4 Triple Double (over half a million sold to date!), we garnered some learnings around customers ordering habits and noticed a slight trend of customers ordering our Triple Double with Bacon. To maintain our momentum, and bring some news to our Triple Double line, we will be advertising a Bacon Triple Double for $5. On September 19, you will receive a new POS key with the Bacon Triple Double as well as a new image in the first panel of your menuboard (see attached).

**OPERATIONS:**
No change from +Bacon. Follow the standard build with 3 half slices of bacon being placed in the normal position on top of American cheese.

**TECHNOLOGY:**
Please make sure to confirm that all DMBs and POS have been updated with this product. If you see a discrepancy, please contact ReSource POS at 773-360-6616 or email SBSupport@resourcepos.com prior to start of business.

Thank you!

---

**David Martinelli | Smashburger |** Vice President of Marketing
Mobile: 406.459.0471 | E-mail: dmartinelli@smashburger.com
3900 E. Mexico Ave. | Suite #1100 | Denver, CO 80210

"Set your goals high, and don't stop 'til you get there."
--Bo Jackson









# EVERYDAY SMASH SPECIAL

CHECK HERE FOR OUR DAILY DEALS

ONLY $4 FOR A LIMITED TIME

## TRIPLE DOUBLE

ONLY $5 FOR A LIMITED TIME

## BACON TRIPLE DOUBLE

TRIPLE THE CHEESE & DOUBLE THE BEEF IN EVERY BITE

(785 Cal)

(855 Cal)

## MAKE ANY ENTRÉE A SMASH COMBO

### REGULAR COMBO

ADD REGULAR FRIES & A REGULAR FOUNTAIN DRINK (ADD 370 - 660 Cal)

ADD $3.99

JOIN THE SMASHCLUB™ & GET A

## FREE ENTRÉE

WITH PURCHASE OF ANY SIDE & ANY BEVERAGE

*Black bean patty contains egg & cheese. Due to shared cooking & preparation areas, food comes into contact with gluten and animal products.

2,000 calories a day is used for general nutrition advice, but calorie needs vary. Additional nutrition information available upon request.