Exhibit K



Triple Double
Patty 2 of 2
(removing all toppings)
June 27, 2018