# Exhibit L



Classic Smash Patty
June 27, 2018