# Exhibit N

