UMBERG ZIPSER LLP
Mark A. Finkelstein (State Bar No. 173851)
mfinkelstein@umbergzipser.com
Brent S. Colasurdo (State Bar No. 281863)
bcolasurdo@umbergzipser.com
Leah A. Hamlin (State Bar No. 317957)
lhamlin@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052
Facsimile:  (949) 679-0461

Attorneys for Defendants and Counterclaimants
SMASHBURGER IP HOLDER LLC and
SMASHBURGER FRANCHISING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 8:17-cv-01474-JVS-DFM <br><br> **DECLARATION OF MARK A. FINKELSTEIN IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANTS SMASHBURGER IP HOLDER LLC AND SMASHBURGER FRANCHISING LLC'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:           February 4, 2019 <br> Time:          1:30 p.m. <br> Courtroom:   10C <br><br> Judge:  Hon. James V. Selna |
| SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC, <br><br> Counterclaimants, <br><br> v. <br><br> IN-N-OUT BURGERS, <br><br> Counterdefendant. | |

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{175707.1}

Case No. 8:17-cv-01474-JVS-DFM
Finkelstein Decl. in Supp. Of Opp. To Mot. For
Partial Summary Judgment

1    I, Mark A. Finkelstein, hereby declare as follows:

2    1.     I am a partner in the law firm Umberg Zipser, counsel of record for

3    Defendants and Counterclaimants Smashburger IP Holder LLC and Smashburger

4    Franchising LLC ("Smashburger") in this matter.  I have personal knowledge of the

5    facts set forth herein and, if called upon to do so, could and would testify

6    competently thereto.

7    2.     Attached hereto as Exhibits A and B are true and correct copies of the

8    on-line menus of Smashburger restaurants located in the Boston area and the

9    Chicago area, respectively, which I printed from the Internet.

10    3.     On September 12, 2018, our office took the deposition of Gregg

11    Barnard, In-N-Out's Senior Marketing Manager.  Attached hereto as Exhibit C are

12    true and correct copies of relevant pages of the final transcript of Mr. Barnard's

13    deposition.

14    4.     On September 20, 2018, our office took the deposition of Jiin Lee, In-

15    N-Out's Marketing Supervisor.  Attached hereto as Exhibit D are true and correct

16    copies of the relevant pages of the final transcript of Ms. Lee's deposition.

17    5.     On January 9, 2019, I visited the Smashburger restaurant located at

18    26541 Aliso Creek Road in Aliso Viejo, California 92656.  I was informed by the

19    cashier that I could order the Classic Smash burger in any of three sizes, "small,"

20    "regular," or "big."  I purchased a size small Classic Smash.  I understand that it

21    came with a 2.5 ounce (prior to cooking) patty and, based on my observations, the

22    patty appeared to be the same size as each patty in the Triple Double burger I

23    purchased that day.  Attached hereto as Exhibit E is a copy of the receipt of my

24    purchase.  The receipt lists the small burger as a "Classic Small Smash."

25    6.     On the same January 9, 2019 visit to Smashburger, I ordered a Triple

26    Double burger and a regular size Classic Smash.  Attached hereto as Exhibit F is a

27    copy of my receipt for those items.

28    {175707.1}

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

Case No. 8:17-cv-01474-JVS-DFM
Finkelstein Decl. in Supp. Of Opp. To Mot. For
Partial Summary Judgment

7.      Attached hereto as Exhibit G is a true and correct copy of portions of Carl's Jr.'s website, which I printed from the Internet.  According to the website, Carl's Jr.'s "California Classic Double Cheeseburger" has 600 calories and 23 grams of protein.  Carl's Jr.'s Famous Star single burger has 670 calories and 28 grams of protein.  Thus, the California Classic does not appear to have twice as much beef, by volume, as the Famous Star.  This was confirmed to me when, in mid-2018, I visited a Carl's Jr. restaurant, located at Irvine, California.  I was informed by an employee that Carl's Jr. does not offer a burger that has a single patty that is the same size as the patties that are used in the "California Classic Double Cheeseburger."

8.      My office has issued, or is in the process of issuing, third-party subpoenas to the following fast-food restaurants, seeking information concerning the amount of meat contained on each "double" burger (or other food items) that is offered on their respective menus:  Wendy's, Carl's Jr., Burger King, McDonald's, Taco Bell, Five Guys, Sonic, Jack in the Box, Whataburger, The Habit, Shake Shack, White Castle, Red Robin, and Dairy Queen.  The return date on these subpoenas is February 7, 2019.

9.      Exhibit W to the Declaration of Jeffrey Wexler in support of In-N-Out's motion for partial summary judgment is a photograph of a Smashburger advertisement on a bus shelter at 17th Avenue and Hover Street in Longmont, Colorado, 80503.  On December 20, 2018, a colleague under my direction conducted a Google maps directions search from the location of the bus shelter to the nearest In-N-Out restaurant.   Attached hereto as Exhibit H is a true and correct depiction of the directions that Google maps displayed in response to that search.

{175707.1}

- 2 -

1

   I declare under penalty of perjury under the laws of the United States of

2

America that the foregoing is true and correct.

3

   Executed this 15th day of January, 2019, at Irvine, California.

4

5

                                        /s/ *Mark A. Finkelstein*

6

                                        Mark A. Finkelstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{175707.1}                              - 3 -

Exhibit A

MAKE ANY ENTRÉE A

# SMASH COMBO



**ADD REGULAR FRIES & A REGULAR FOUNTAIN DRINK (+$)**

# SMASH BURGER®

---

## SIGNATURES

**TRIPLE DOUBLE**
Classic Smash™ Beef build with triple the cheese & double the beef in every bite.

THREE LAYERS OF DELICIOUS, MELTY CHEESE

TWO JUICY SEASONED BURGERS

**TRY IT WITH BACON!**

| BEEF | CHICKEN Grilled or Crispy | TURKEY | BLACK BEAN* |

**CLASSIC SMASH™**
Served with lettuce, tomato, onion & pickles.
Beef, Turkey & Black Bean burgers include American cheese, Smash Sauce & ketchup on an egg bun.
Chicken includes mayo on a multi-grain bun.

**NEW ENGLANDER**
Cranberry Stilton, cranberry sauce & grilled onions on an egg bun.

**BACON AVOCADO CLUB**
With lettuce, tomato, ranch dressing & mayo on a multi-grain bun.

**BBQ, BACON & CHEDDAR**
With haystack onions on an egg bun.

**BUFFALO & BLUE CHEESE**
With Frank's® RedHot® Buffalo Sauce, lettuce, tomato & mayo on an egg bun.

**SPICY JALAPEÑO BAJA**
With guacamole, pepper jack, lettuce, tomato, onion & chipotle mayo on a spicy chipotle bun.

**SPINACH, CUCUMBER & GOAT CHEESE**
With tomato, onion & balsamic vinaigrette on a multi-grain bun.

**TRUFFLE MUSHROOM SWISS**
With sautéed crimini mushrooms & truffle mayo on an egg bun.

## FRIES & SIDES

**FRENCH FRIES**

**SMASHFRIES®**
Tossed in rosemary, garlic & olive oil.

**SWEET POTATO FRIES**

**TOTS**

**SMASHTOTS™**
Tossed in rosemary, garlic & olive oil.

**HAYSTACK ONIONS**
With a side of ranch dressing.

**CRISPY BRUSSELS SPROUTS**
With a side of ranch dressing.

**FRIED PICKLES**
With a side of ranch dressing.

**SIDE SALAD** WITH DRESSING

## KIDS MEALS

Served with Fries or Unsweetened Applesauce & choice of Kid's Fountain Drink, Organic Milk or Juice.

Substitute Tots (+$).

**KIDS SMASH®**

**CHICKEN STRIPS**
Grilled or Crispy

**GRILLED CHEESE**

*Black bean patty contains egg & cheese. Due to shared cooking & preparation areas, food comes into contact with gluten and animal products. Additional nutritional information available upon request.
Before placing your order, please inform your server if a person in your party has a food allergy.
Consuming raw or undercooked meats, poultry, seafood, shellfish or eggs may increase your risk of foodborne illness, especially if you have certain medical conditions.

NewEngland_0318

---

## CRAFT YOUR OWN

| BEEF | CHICKEN Grilled or Crispy | TURKEY | BLACK BEAN* |

**ADD A PATTY (+$ REG / +$ BIG)**

① **CHOOSE AN ARTISAN BUN**
Classic egg                    Gluten free* (+$)
Multi-grain
Spicy chipotle



② **ADD CHEESE +$**
Aged Swiss              Melted aged cheddar
American                Pepper jack
Blue                    Sliced aged cheddar
Goat                    Cranberry Stilton

③ **ADD ONE OR MORE TOPPING(S)**
Cucumbers         Lettuce          Spinach
Fresh jalapeños   Pickles          Tomato
Grilled onions    Yellow onions

④ **ADD ONE OR MORE SAUCE(S)**
Ketchup           Smash Sauce      Mayo
Yellow mustard    Spicy chipotle   Ranch
BBQ

⑤ **EXTRA YUM(S) +$**
Fresh sliced avocado          Guacamole
Applewood smoked bacon        Fried egg
Sautéed crimini mushrooms     Haystack onions

## FRESH SALADS

Add Grilled or Crispy Chicken, a Beef Patty, a Turkey Patty, or a Black Bean Patty* (+$)

**BBQ RANCH**
Fresh greens, sharp cheddar, applewood smoked bacon, tomatoes & haystack onions with ranch dressing & BBQ sauce.

**CLASSIC COBB**
Fresh greens, blue cheese, sharp cheddar, fried egg, applewood smoked bacon, tomatoes & onions with ranch dressing.

**SPINACH, CUCUMBER & GOAT CHEESE**
Tomatoes & onions with balsamic vinaigrette.

## BEVERAGES & BEER

**FOUNTAIN DRINKS**

**ICED TEA**

**ICE COLD BEER VARIETIES**

## SHAKES & MALTS

**CLASSIC**

**CHOCOLATE**

**VANILLA**

**STRAWBERRY**

**SPECIALTY**

**CHAMELEON COLD-BREW COFFEE SHAKE**

**OREO®**

**CHOCOLATE OREO®**

**PEANUT BUTTER**
Made with REESE'S® Peanut Butter Sauce

**SALTED CARAMEL**



MADE WITH Häagen-Dazs®
©HDIP, Inc.

Exhibit B

MAKE ANY ENTRÉE A
# SMASH COMBO

ADD REGULAR FRIES & A REGULAR
FOUNTAIN DRINK (+$)

# SMASH BURGER.

## SIGNATURES



### TRIPLE DOUBLE
Classic Smash™ Beef build with triple the cheese & double the beef in every bite.

TRY IT WITH BACON!

THREE LAYERS OF DELICIOUS, MELTY CHEESE

TWO JUICY SEASONED BURGERS

BEEF | CHICKEN Grilled or Crispy | TURKEY | BLACK BEAN*

### CLASSIC SMASH™
Served with lettuce, tomato, onion & pickles.
Beef, Turkey & Black Bean burgers include American cheese, Smash Sauce & ketchup on an egg bun.
Chicken includes mayo on a multi-grain bun.

### WINDY CITY
Melted aged cheddar, haystack onions, Gulden's® Spicy Brown Mustard, lettuce & tomato on a pretzel bun.

### BACON AVOCADO CLUB
With lettuce, tomato, ranch dressing & mayo on a multi-grain bun.

### BBQ, BACON & CHEDDAR
With haystack onions on an egg bun.

### BUFFALO & BLUE CHEESE
With Frank's® RedHot® Buffalo Sauce, lettuce, tomato & mayo on an egg bun.

### SPICY JALAPEÑO BAJA
With guacamole, pepper jack, lettuce, tomato, onion & chipotle mayo on a spicy chipotle bun.

### SPINACH, CUCUMBER & GOAT CHEESE
With tomato, onion & balsamic vinaigrette on a multi-grain bun.

### TRUFFLE MUSHROOM SWISS
With sautéed crimini mushrooms & truffle mayo on an egg bun.

## FRIES & SIDES

### FRENCH FRIES
### SMASHFRIES®
Tossed in rosemary, garlic & olive oil.
### SWEET POTATO FRIES
### TOTS
### SMASHTOTS™
Tossed in rosemary, garlic & olive oil.
### HAYSTACK ONIONS
With a side of ranch dressing.
### CRISPY BRUSSELS SPROUTS
With a side of ranch dressing.
### FRIED PICKLES
With a side of ranch dressing.
### SIDE SALAD WITH DRESSING

## KIDS MEALS
Served with Fries or Unsweetened Applesauce
& choice of Kid's Fountain Drink, Organic Milk or Juice.

Substitute Tots (+$).

### KIDS SMASH®
### CHICKEN STRIPS
Grilled or Crispy
### GRILLED CHEESE

## CRAFT YOUR OWN

BEEF | CHICKEN Grilled or Crispy | TURKEY | BLACK BEAN*

### ADD A PATTY (+$ REG / +$ BIG)

① **CHOOSE AN ARTISAN BUN**
Classic egg        Gluten free* (+$)
Multi-grain        Pretzel
Spicy chipotle

② **ADD CHEESE +$**
Aged Swiss         Melted aged cheddar
American           Pepper jack
Blue               Sliced aged cheddar
Goat

③ **ADD ONE OR MORE TOPPING(S)**
Cucumbers          Lettuce            Spinach
Fresh jalapeños    Pickles            Tomato
Grilled onions     Yellow onions

④ **ADD ONE OR MORE SAUCE(S)**
Ketchup            Smash Sauce        Mayo
Yellow mustard     Spicy chipotle     Ranch
BBQ

⑤ **EXTRA YUM(S) +$**
Fresh sliced avocado         Guacamole
Applewood smoked bacon       Fried egg
Sautéed crimini mushrooms    Haystack onions

## FRESH SALADS
Add Grilled or Crispy Chicken, a Beef Patty, a Turkey Patty, or a Black Bean Patty* (+$)

### BBQ RANCH
Fresh greens, sharp cheddar, applewood smoked bacon, tomatoes & haystack onions with ranch dressing & BBQ sauce.

### CLASSIC COBB
Fresh greens, blue cheese, sharp cheddar, fried egg, applewood smoked bacon, tomatoes & onions with ranch dressing.

### SPINACH, CUCUMBER & GOAT CHEESE
Tomatoes & onions with balsamic vinaigrette.

## BEVERAGES & BEER

### FOUNTAIN DRINKS
### ICED TEA
### ICE COLD BEER VARIETIES

## SHAKES & MALTS

### CLASSIC
### CHOCOLATE
### VANILLA
### STRAWBERRY

### SPECIALTY
CHAMELEON COLD-BREW COFFEE SHAKE
### OREO®
### CHOCOLATE OREO®
### PEANUT BUTTER
Made with REESE'S® Peanut Butter Sauce
### SALTED CARAMEL



MADE WITH
Häagen-Dazs
©HDIP, Inc.

*Black bean patty contains egg & cheese. Due to shared cooking & preparation areas, food comes into contact with gluten and animal products.

Additional nutritional information available upon request.

WindyCity_0318

Exhibit C

Exhibit C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 8:17-cv-1474-JLS-DFM |
| SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company, ) ) ) ) ) ) | |
| Defendants. ) | |
| ABBREVIATED CAPTION. ) | |

VIDEOTAPED DEPOSITION OF

GREGG BARNARD

IRVINE, CALIFORNIA

WEDNESDAY, SEPTEMBER 12, 2018

Reported by:
CARA JACOBSEN
CSR No. 13053
No. 18-69536



THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

```
 1   Zipser, representing Smashburger IP Holder, LLC,

 2   Smashburger Franchising, LLC.

 3              MR. WALLAN:   Robert Wallan, Pillsbury

 4   Winthrop Shaw Pittman, representing In-N-Out.

 5              MS. SARIGUMBA:   Valerie Sarigumba.   I'm

 6   in-house with In-N-Out.

 7              THE VIDEOGRAPHER:   The reporter today is

 8   Cara Jacobsen, also with The Sullivan Group of Court

 9   Reporters.

10              Would the reporter swear in the witness.

11

12                       GREGG BARNARD,

13         having been first placed under oath,

14        was examined and testified as follows:

15

16                       EXAMINATION

17   BY MR. COLASURDO:

18        Q    Please state your full name for the record.

19        A    Gregg Barnard.

20        Q    Mr. Barnard, have you ever been deposed

21   before?

22        A    No.

23        Q    Okay.   Well, I'll start by going over some

24   ground rules that will hopefully make this go

25   smoothly.
```

09:11AM  5

09:12AM  10

09:12AM  20

09:12AM  25

```
 1          A    Yes.

 2          Q    And just a few things I would ask you to do

 3     to help the court reporter -- and you're already

 4     doing this and you're already doing well -- is to

09:13AM 5     answer verbally.  Don't just nod or shake your head.

 6     Everything has to be said outloud for the record.

 7     So say "yes" or "no," and just say -- do say "yes"

 8     or "no," and not "uh-huh" or "huh-uh," if you can.

 9               The other thing to help the court reporter

09:14AM 10    to keep the transcript clean is to wait until I've

 11    finished asking the whole question before starting

 12    to respond.

 13               And that's it.

 14               So is there any reason why you wouldn't be

09:14AM 15    able to give your best testimony today?

 16          A    No.

 17          Q    Not under the influence of any drugs or

 18    alcohol?

 19          A    No.

09:14AM 20          Q    Not under the influence of any -- not

 21    taking any medications that might interfere with

 22    your testimony?

 23          A    No.

 24          Q    Okay.  So Mr. Barnard, what is your

09:14AM 25    position at In-N-Out?
```

|          | 1  | A   I am the senior marketing manager. |
|----------|----|----|
|          | 2  | Q   And what responsibilities does that entail? |
|          | 3  | A   I oversee various marketing duties, field |
|          | 4  | marketing, digital marketing, in-store marketing |
| 09:15AM  | 5  | materials, and some other special projects we work |
|          | 6  | on. |
|          | 7  | Q   How long have you been a senior marketing |
|          | 8  | manager? |
|          | 9  | A   Oh, gosh.  Just about eight, nine years. |
| 09:15AM  | 10 | Q   And what was your position before that? |
|          | 11 | A   I was a web developer in our IT department. |
|          | 12 | Q   And that was with In-N-Out? |
|          | 13 | A   Correct. |
|          | 14 | Q   And for how long were you a web developer |
| 09:15AM  | 15 | for In-N-Out? |
|          | 16 | A   I started about -- about six years. |
|          | 17 | Q   Okay.  So looking around the 2004 time |
|          | 18 | period? |
|          | 19 | A   2003, 2004-ish, right in there. |
| 09:15AM  | 20 | Q   And before that, what was your position? |
|          | 21 | A   I worked -- well, I guess before that I was |
|          | 22 | in our restaurants. |
|          | 23 | Q   And does that mean working in an actual |
|          | 24 | In-N-Out location? |
| 09:16AM  | 25 | A   Yes. |

1    mailer is just a coupon or something that In-N-Out

2    mails out to home addresses?

3         A    It's a -- like a folded piece of --

4         Q    Brochure?

10:58AM    5         A    -- brochure-type thing with an offer inside

6    of it.

10:58AM

10:59AM

17   why it was put in there.

18        Q    Is Whataburger your main competitor in

19   Texas?

10:59AM   20         MR. WALLAN:  Calls for speculation.

21         THE WITNESS:  I don't -- honestly, I don't

22   consider us having competitors in our space, direct

23   competitors.

24   BY MR. COLASURDO:

10:59AM   25         Q    You don't consider In-N-Out having any

1    competitors in Texas?

2        A    That's -- exactly how we do it?  No.

3    That's how I've been -- apologies.  That's how I've

4    been brought up since I was 16.

10:59AM    5    Q    On the next page, third item down, "Rooftop

6    balloons."  Is that another way In-N-Out advertises,

7    that you're aware of?

8        A    Yeah, it's one of the things that we do.

9        Q    Okay.  And "outdoor billboards," another

11:00AM    10    one?

11        A    Correct.

12        Q    And I guess "digital outdoor billboards,"

13    if you want to put that in a different category?

14        A    Yes.

11:00AM    15    Q    Okay.

16            (Defendant's Exhibit 35 was marked

17            for identification.)

18    BY MR. COLASURDO:

19        Q    You have now been handed Exhibit 35.  The

11:01AM    20    title on the first page is, "2016 Digital Media

21    Outline."

22            Do you recognize this document?

23        A    Let me flip through this real quick here.

24            Yeah, it does look familiar.  Yes, I do

11:02AM    25    recognize this.

```
 1          A    I've never used it in the stuff that I
 2    worked on.
 3          Q    Or anything that you've seen or are aware
 4    of?
 5          A    "Triple-double" on our marketing materials,
 6    that I've done, that I'm aware of, no.
 7          Q    Okay.  Do you consider Smashburger to be a
 8    competitor of In-N-Out?
 9          A    A direct competitor, no.  I mean, they are
10    the burger space, but like I said before, I don't --
11    we do things so specifically, I don't consider us to
12    have direct -- you know, direct competitors.
13          Q    When you say, "We do things so
14    specifically," what do you -- what do you mean by
15    that?
16          A    Just our experience.
17          Q    What would you include in the In-N-Out
18    experience?
19          A    All kinds of stuff.  The variety on the
20    menu, the customer experience, the friendly service,
21    freshness, all of it.
22          Q    So In-N-Out is a pretty unique place?
23          A    I guess it depends on your definition of
24    "unique."  I don't think it as necessarily unique.
25    I think it's special.
```

11:32AM (line 5)
11:33AM (line 10)
11:33AM (line 15)
11:33AM (line 20)
11:33AM (line 25)

```
 1    I, the undersigned, a Certified Shorthand Reporter

 2    of the State of California, do hereby certify:

 3         That the foregoing proceedings were taken

 4    before me at the time and place herein set forth;

 5    that any witnesses in the foregoing proceedings,

 6    prior to testifying, were duly sworn; that a record

 7    of the proceedings was made by me using machine

 8    shorthand which was thereafter transcribed under my

 9    direction; that the foregoing transcript is a true

10    record of the testimony given.

11         Further, that if the foregoing pertains to

12    the original transcript of a deposition in a Federal

13    Case, before completion of the proceedings, review

14    of the transcript [X] was [ ] was not requested.

15    I further certify I am neither financially

16    interested in the action nor a relative or employee

17    of any attorney or party to this action.

18         IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21    Dated: September 26, 2018

22

23                    CARA JACOBSEN
                      CSR No. 13053
24

25
```

Exhibit D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION


| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation, | ) ) ) |
| Plaintiff, | ) ) |
| | )No. |
| vs. | )8:17-cv-1474-JLS-DFM ) |
| SMASHBURGER IP HOLDER, LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING, LLC, a Delaware limited liability company, | ) ) ) ) ) ) |
| Defendants. | ) ) |
| ABBREVIATED CAPTION. | ) ) ) |


HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF

JIIN LEE

IRVINE, CALIFORNIA

SEPTEMBER 20, 2018


Reported by:
Cara Jacobsen
CSR No. 13053
No. 69884



THE SULLIVAN GROUP OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM
PHONE 855.525.3860 | 323.938.8750

```
 1   Winthrop Shaw Pittman on behalf of In-N-Out Burger.
 2            MS. SARIGUMBA:  Valerie Sarigumba, in-house
 3   counsel, In-N-Out Burger.
 4            THE VIDEOGRAPHER:  The reporter today is
 5   Cara Jacobsen with The Sullivan Group of Court
 6   Reporters.
 7            Would the reporter please swear in the
 8   witness.
 9            THE REPORTER:  Please raise your right
10   hand.
11            Do you solemnly swear or affirm to tell the
12   truth, the whole truth and nothing but the truth, so
13   help you God?
14            THE WITNESS:  Yes.
15            THE REPORTER:  Thank you.
16            THE VIDEOGRAPHER:  Thank you.
17            Please proceed.
18
19                    EXAMINATION
20   BY MR. FINKELSTEIN:
21       Q   Good afternoon.
22       A   Hi.
23       Q   Can you please state and spell your name
24   for the record?
25       A   Jiin Lee, J-i-i-n L-e-e.
```

01:01PM (lines 5, 15, 20, 25)

```
 1        Q    And, Ms. Lee, where are you currently
 2   employed?
 3        A    In-N-Out Burger.
 4        Q    What's the address that you work at?
 5        A    4199 Campus Drive, Suite 900, Irvine,
 6   California 92612.
 7        Q    Have you ever had your deposition taken
 8   before?
 9        A    No.
10        Q    Have you ever testified in this kind of
11   proceeding before?
12        A    No.
13        Q    Do you understand that this testimony is
14   under oath, and you've sworn to tell the truth?
15        A    Yes.
16        Q    And you understand it's the same oath you
17   would give if we were in a court of law?
18        A    Yes.
19        Q    So you understand the same rules of perjury
20   apply here as if we were in a court of law?
21        A    Yes.
22        Q    Is there any reason you can't give your
23   best testimony here today?
24        A    No.
25        Q    Are you feeling fine?
```

01:02PM (lines 5, 10, 15, 20, 25)

```
 1          A    I don't remember.  I think dining room

 2    cleanup.

 3          Q    And did you -- why did you leave in 2008?

 4          A    I just wanted to try something different.

 5    One of my friends worked at PF Chang's, and I

 6    thought it would be fun to work with her, so...

 7          Q    And you said at PF Chang's, you worked in

 8    the kitchen?

 9          A    I was a back waiter, so we would pick up

10    the food from the kitchen and take it to the tables.

11          Q    What's your current title at In-N-Out?

12          A    Marketing supervisor.

13          Q    How long have you had that title?

14          A    I believe since, maybe, April or March.

15          Q    Of this year?

16          A    Yeah.

17          Q    What was your title before you were a

18    marketing supervisor at In-N-Out?

19          A    Lead marketing specialist.

20          Q    What years or what months and years were

21    you the lead marketing specialist?

22          A    I believe it was 2016, but I'm not 100

23    percent sure.

24          Q    And prior to being lead marketing

25    specialist, what was your --
```

01:07PM (line 5)
01:07PM (line 10)
01:07PM (line 15)
01:08PM (line 20)
01:08PM (line 25)

```
 1   BY MR. FINKELSTEIN:

 2        Q    What is field marketing?

 3        A    Like local store marketing, so...  They're

 4   the feet on the ground.

 5        Q    Do you know how many restaurants In-N-Out

 6   has in Texas?

 7        A    I think over 30.

 8        Q    Who is In-N-Out's biggest competitor in

 9   Texas?

10             MS. TOTO:  Objection.  Calls for

11   speculation.

12             THE WITNESS:  I'm not sure.

13   BY MR. FINKELSTEIN:

14        Q    Who is In-N-Out's biggest competitor here

15   in California?

16             MS. TOTO:  Objection.  Calls for

17   speculation.

18             THE WITNESS:  I'm not sure.

19   BY MR. FINKELSTEIN:

20        Q    Who do you think In-N-Out's competitors are

21   in California?

22        A    We really don't pay -- I personally don't

23   pay attention to competitors, so I don't really

24   know.

25        Q    Why is that?
```

```
 1          A   I just don't.  We're not -- I really just

 2     focus on what we're doing at In-N-Out as -- in terms

 3     of marketing and for my job, I don't really pay

 4     attention to what others are doing.

 5          Q   Do you think how other companies are

 6     marketing their product has an impact on In-N-Out?

 7              MS. TOTO:  Objection.  Vague.  Calls for

 8     speculation.

 9              THE WITNESS:  No, I don't think so.

10     BY MR. FINKELSTEIN:

11          Q   Have you seen an Instagram recap for Texas?

12          A   I don't remember.

13              MR. FINKELSTEIN:  I have another copy,

14     Valerie, if you would like.

15              (Defendant's Exhibit 69 was marked

16              for identification.)

17     BY MR. FINKELSTEIN:

18          Q   Exhibit 69 is one page, Bates stamped

19     In-N-Out 17725.  It came from you to Gregg Barnard.

20              Do you see that?

21          A   Yes.

22          Q   Have you seen this document before?

23          A   I think so.

24          Q   This is an e-mail you sent to Gregg?

25          A   Yes.
```

01:45PM — lines 5, 10
01:46PM — lines 15, 20, 25

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4          That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were duly sworn; that a record

8    of the proceedings was made by me using machine

9    shorthand which was thereafter transcribed under my

10   direction; that the foregoing transcript is a true

11   record of the testimony given.

12          Further, that if the foregoing pertains to

13   the original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript [  ] was [X] was not requested.

16   I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or party to this action.

19          IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21

22   Dated: October 2, 2018

23

24                    CARA JACOBSEN
                      CSR No. 13053

25

Exhibit E

Smashburger
Store #1247
26541 C Aliso Creek Rd
Aliso Viejo, CA 92656
949-716-3855

**38**

Host: Jennifer                    01/09/2019
38                                12:35 PM
                                     20031

Order Type:  DINE IN

Classic Grilled Chicken            6.89
With Garden Salad                  3.29
Classic Small Smash                5.59
With Brussels Sprouts              3.29

Subtotal                          19.06
Tax                                1.52

**DINE IN Total     20.58**

MC #XXXXXXXXXXXX2816              $20.58
  Auth:77228P


Tell us what you think; get a coupon for a
Free Regular Side w/Purchase of an Entrée.
   Go to www.smashburgerfeedback.com.
    Valid for 30 days. CODE:_____

         --- Check Closed ---

***********************************
    Scan barcode within 7 days!



        402012277485
  Join at smashburger.com/smashclub
***********************************

Exhibit F

Smashburger
Store #1247
26541 C Aliso Creek Rd
Aliso Viejo, CA 92656
949-716-3855

38

| Host: Jennifer | 01/09/2019 |
|---|---|
| 38 | 12:37 PM |
| | 20032 |

Order Type:  DINE IN

| Classic Triple Double | 6.19 |
|---|---|
| Classic Smash | 5.89 |
| | |
| Subtotal | 12.08 |
| Tax | 0.97 |

DINE  IN  Total      13.05

MC #XXXXXXXXXXXX2816          $13.05
  Auth:09291P


Tell us what you think; get a coupon for a
Free Regular Side w/Purchase of an Entrée.
    Go to www.smashburgerfeedback.com.
      Valid for 30 days. CODE:_____

--- Check Closed ---


*******************************************
Scan barcode within 7 days!



348040801028

Join at smashburger.com/smashclub
*******************************************

Exhibit G





Exhibit H

Google Maps    17th Ave & Hover St, Longmont, CO 80503 to In-N-Out Burger

Drive 484 miles, 7 h 32 min



🚗  via I-80 W                        **7 h 32 min**

Fastest route now, avoids road closure     484 miles
on US-287

🚗  via I-70 W                        **8 h 31 min**

560 miles

🚗  via CO-14 W and I-80 W            **8 h 47 min**