| | |
|---|---|
| 1 | UMBERG ZIPSER LLP |
| 2 | Mark A. Finkelstein (State Bar No. 173851)<br>mfinkelstein@umbergzipser.com |
| 3 | Brent S. Colasurdo (State Bar No. 281863)<br>bcolasurdo@umbergzipser.com |
| 4 | Leah A. Hamlin (State Bar No. 317957)<br>lhamlin@umbergzipser.com |
| 5 | 1920 Main Street, Suite 750<br>Irvine, CA  92614 |
| 6 | Telephone: (949) 679-0052<br>Facsimile:  (949) 679-0461 |
| 7 | Attorneys for Defendants and Counterclaimants |
| 8 | SMASHBURGER IP HOLDER LLC and<br>SMASHBURGER FRANCHISING LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>                    Plaintiff,<br><br>             v.<br><br>SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. 8:17-cv-01474-JVS-DFM<br><br>**DECLARATION OF TY LUFMAN IN SUPPORT OF DEFENDANTS AND COUNTER-CLAIMANTS SMASHBURGER IP HOLDER LLC AND SMASHBURGER FRANCHISING LLC'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         February 4, 2019<br>Time:         1:30 p.m.<br>Courtroom: 10C<br><br>Judge:  Hon. James V. Selna |
| SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC,<br><br>                    Counterclaimants,<br><br>             v.<br><br>IN-N-OUT BURGERS,<br><br>                    Counterdefendant. | |

{175708.1}

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

Case No. 8:17-cv-01474-JVS-DFM
Lufman Decl. in Supp. of Opp'n to Mot. For
Partial Summary Judgment

I, Ty Lufman, hereby declare as follows:

1. I am Senior Vice President, General Counsel for Defendants and Counterclaimants Smashburger IP Holder LLC and Smashburger Franchising LLC. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

2. At most Smashburger locations, the hamburgers (including the Classic Smash) are offered in three different patty sizes, including small (2.5 ounces, called the "Classic Small Smash"), regular (5 ounces) and big (6 ounces).

3. Smashburger wanted the Triple Double to offer the flavor combination of simultaneous, multiple layers of beef with cheese above, below, and between both patties. The various Smashburger restaurants in the United States, combined, have sold millions of Triple Double burgers.

4. Smashburger offers a number of custom-designed sandwiches with pre-set ingredients. Customers may, however, substitute ingredients by special request. Some ingredient substitutions or additions cost extra. For example, if a customer seeks to add avocado, bacon, or an additional patty to their burger, it may result in an additional charge.

5. If a customer is not satisfied with the food they receive at a Smashburger restaurant, for any reason, Smashburger allows the customer to return the food for a full refund or to exchange the food for something else on the menu.

Executed this 14th day of January, 2019 at Denver, Colorado.

_____
Ty Lufman

{175708.1}   -1-

Case No. 8:17-cv-01474-JVS-DFM
Lufman Decl. in Supp. of Opp'n to Mot. For
Partial Summary Judgment

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE