CAROLYN S. TOTO (SBN 233825)
carolyn.toto@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
SARKIS A. KHACHATRYAN (SBN 293991)
sarkis.khachatryan@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff and Counterdefendant
IN-N-OUT BURGERS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><hr>SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC,<br><br>　　　　　　Counterclaimants,<br><br>　vs.<br><br>IN-N-OUT BURGERS,<br><br>　　　　　　Counterdefendant. | Case No. 8:17-cv-1474-JVS-DFM<br><br>**PROOF OF SERVICE**<br><br>Judge:  Hon. James V. Selna |

-1-

Case No. 8:17-cv-01474-JVS-DFM

In-N-Out Burgers vs. Smashburger IP Holder LLC et al.

**PROOF OF SERVICE**

I am employed in the City of Los Angeles, State of California, in the office of a member of the bar of this Court, at whose direction the service is made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman LLP, 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406. On **January 23, 2019**, I served the documents titled:

1.  SEALED DOCUMENT - Plaintiff and Counterdefendant In-N-Out Burgers' Reply Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment Re Liability on False Advertising Claim.

2.  SEALED DOCUMENT - Plaintiff and Counterdefendant In-N-Out Burgers' Reply Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Partial Summary Judgment Re Liability on False Advertising Claim.

3.  SEALED DOCUMENT – Exhibits KK, LL and MM to Supplemental Declaration of Jeffrey D. Wexler in Support of Plaintiff and Counterdefendant In-N-Out Burgers' Motion for Partial Summary Judgment Re Liability on False Advertising Claim [Dkt. 164-2].

on the parties in this action as follows:

Mark A. Finkelstein
mfinkelstein@umbergzipser.com
Brent S. Colasurdo
bcolasurdo@umbergzipser.com
Umberg Zipser LLP
1920 Main Street, Suite 750
Irvine, California 92614
Telephone: 949.679.0052
Facsimile: 949.679.0461

☐ **(BY MAIL)** I cause each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed in the above service list.

☒ **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the persons at the electronic-email addresses indicated above.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by Name of Courier Service to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 23, 2019, at Los Angeles, California.

*Inga De La Rosa*

Inga De La Rosa