CAROLYN S. TOTO (SBN 233825)
carolyn.toto@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
SARKIS A. KHACHATRYAN (SBN 293991)
sarkis.khachatryan@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff and Counterdefendant
In-N-Out Burgers

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:17-cv-1474-JVS-DFM<br><br>**PLAINTIFF AND COUNTERDEFENDANT IN-N-OUT BURGERS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE RESPONSIBILITY OF NAMED DEFENDANTS FOR USE OF MARKS, SLOGANS, AND ADVERTISING MATERIALS** |
| SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>IN-N-OUT BURGERS,<br><br>Counterdefendant. | Date: April 8, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C<br><br>Judge: Hon. James V. Selna<br><br>Fact Discovery Cut-Off: Apr. 19, 2019<br>Pre-Trial Conference: Sept. 9, 2019<br>Trial Date: Sept. 24, 2019 |

TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on April 8, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable James V. Selna, United States District Judge, in Courtroom 10C of the Santa Ana Courthouse, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff and Counterdefendant In-N-Out Burgers ("In-N-Out") will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 56 for partial summary judgment as to the responsibility of Defendants and Counterclaimants Smashburger IP Holder LLC ("Smashburger IP") and Smashburger Franchising LLC ("Smashburger Franchising") for the use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials in connection with the sale of Triple Double burgers at Smashburger company and franchise restaurants, on each of the claims for relief asserted in the Second Amended and Supplemental Complaint [Dkt. 117] filed by In-N-Out on September 21, 2018, as follows:

(1) Smashburger IP is responsible for the use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials in connection with the sale of Triple Double burgers at Smashburger company and franchise restaurants; and

(2) Smashburger Franchising is responsible for the use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials in connection with the sale of Triple Double burgers at Smashburger franchise restaurants.

This motion is made on the grounds that: (1) Smashburger IP owns the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials; (2) Smashburger IP was involved in creating the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials; (3)

Smashburger IP and Smashburger Franchising have each made use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials; and (4) Smashburger IP has directly or indirectly authorized use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials by Smashburger company and franchise restaurants, and Smashburger Franchising has directly authorized and controlled the use of such marks, slogans, and advertising materials by Smashburger franchise restaurants.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of Jeffrey D. Wexler filed concurrently herewith, the Statement of Uncontroverted Facts and Conclusions of Law filed concurrently herewith, the [Proposed] Order attached hereto, and all other records and filings in this action.

Pursuant to Local Rule 7-3, this motion is made following the conference of counsel between counsel for In-N-Out and counsel for Smashburger that commenced on February 22, 2019 and continued through February 25, 2019.

Dated:  March 4, 2019

          CAROLYN S. TOTO
          JEFFREY D. WEXLER
          SARKIS A. KHACHATRYAN
          PILLSBURY WINTHROP SHAW PITTMAN LLP

          By:      /s/ Carolyn S. Toto
               Carolyn S. Toto
          Attorneys for Plaintiff and Counterdefendant
          In-N-Out Burgers