| | |
|---|---|
| 1 | CAROLYN S. TOTO (SBN 233825) |
|   | carolyn.toto@pillsburylaw.com |
| 2 | JEFFREY D. WEXLER (SBN 132256) |
|   | jeffrey.wexler@pillsburylaw.com |
| 3 | SARKIS A. KHACHATRYAN (SBN 293991) |
|   | sarkis.khachatryan@pillsburylaw.com |
| 4 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | 725 South Figueroa Street, Suite 2800 |
| 5 | Los Angeles, CA 90017-5406 |
|   | Telephone: (213) 488-7100 |
| 6 | Facsimile No.: (213) 629-1033 |
| 7 | Attorneys for Plaintiff and Counterdefendant |
|   | In-N-Out Burgers |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation, | Case No. 8:17-cv-1474-JVS-DFM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERDEFENDANT IN-N-OUT BURGERS' MOTION FOR PARTIAL SUMMARY JUDGMENT RE RESPONSIBILITY OF NAMED DEFENDANTS FOR USE OF MARKS, SLOGANS, AND ADVERTISING MATERIALS** |
| vs. | |
| SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company, | |
| Defendants. | |
| SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC, | Date: April 8, 2019 |
|   | Time: 1:30 p.m. |
|   | Courtroom: 10C |
| Counterclaimants, | Judge: Hon. James V. Selna |
| vs. | |
| IN-N-OUT BURGERS, | |
| Counterdefendant. | |

The Court, having considered the motion (the "Motion") of Plaintiff and Counterdefendant In-N-Out Burgers ("In-N-Out") pursuant to Fed. R. Civ. P. 56 for partial summary judgment as to the responsibility of Defendants and Counterclaimants Smashburger IP Holder LLC ("Smashburger IP") and Smashburger Franchising LLC ("Smashburger Franchising") for the use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials in connection with the sale of Triple Double burgers at Smashburger company and franchise restaurants, on each of the claims for relief asserted in the Second Amended and Supplemental Complaint [Dkt. 117] filed by In-N-Out on September 21, 2018, and good cause appearing, the Court GRANTS the Motion and finds that there is no genuine issue of material fact on the following element of In-N-Out's claims for relief and that In-N-Out is therefore entitled to judgment as a matter of law as to such element:

(1) Smashburger IP is responsible for the use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials in connection with the sale of Triple Double burgers at Smashburger company and franchise restaurants; and

(2) Smashburger Franchising is responsible for the use of the TRIPLE DOUBLE marks and the "Double the Beef" slogans and advertising materials in connection with the sale of Triple Double burgers at Smashburger franchise restaurants.

Good cause appearing, **IT IS SO ORDERED.**

Dated: April __, 2019

_____
Honorable James V. Selna
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF IN-N-OUT BURGERS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No 8:17-cv-1474-JVS-DFM

4829-0410-8936.v1