# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| In-N-Out Burgers,<br><br>        Plaintiff,<br><br>   v.<br><br>Smashburger IP Holder LLC, et al,<br><br>        Defendant(s). | SACV 17-1474JVS(DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: June 19, 2019

                                            James V. Selna<br>
                                United States District Judge