CAROLYN S. TOTO (SBN 233825)
carolyn.toto@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

Attorneys for Plaintiff and Counterdefendant
In-N-Out Burgers

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN-N-OUT BURGERS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SMASHBURGER IP HOLDER LLC, a Delaware limited liability company; and SMASHBURGER FRANCHISING LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 8:17-cv-1474-JVS-DFM<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. James V. Selna |
| SMASHBURGER IP HOLDER LLC, and SMASHBURGER FRANCHISING LLC,<br><br>Counterclaimants,<br><br>vs.<br><br>IN-N-OUT BURGERS,<br><br>Counterdefendant. | |

The Court, having considered the Joint Stipulation of Dismissal with Prejudice submitted by Plaintiff and Counterdefendant In-N-Out Burgers and Defendants and Counterclaimants Smashburger IP Holder LLC and Smashburger Franchising LLC, and good cause being found, it is hereby ORDERED that:

(1) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims asserted by the parties in this action are hereby dismissed with prejudice;

(2) each party shall bear its own attorneys' fees, costs, and expenses; and

(3) the Court shall retain jurisdiction for the purpose of enforcing the parties' settlement.

Good cause appearing, **IT IS SO ORDERED.**

Dated: December 2, 2019

_____
Honorable James V. Selna
United States District Judge